**Fill in this information to identify the case:**

Debtor name    **Model Tobacco Development Group, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **24-34863**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................   $   **41,908,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................   $   **7,094,810.03**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $   **49,002,810.03**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   **36,836,897.48**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $   **163,393.70**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$   **34,665,768.75**

4. **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b   $   **71,666,059.93**

| Fill in this information to identify the case: |
| --- |

Debtor name **Model Tobacco Development Group, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known) **24-34863**

■ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **M&T Bank (account to hold security deposits)** | **Savings** | 7351 | $168,084.47 |
| 3.2. | **M&T Bank (operating)** | **Checking** | 4516 | $568,895.95 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $736,980.42 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Utilty Deposits - Dominion (recouped per 366(c)(4))** | $580.00 |
| --- | --- | --- |

Debtor    **Model Tobacco Development Group, LLC**                           Case number *(If known)*  **24-34863**
　　　　　Name

　　　　7.2.　**Other utility deposits**                                                                  **$1,000.00**

8.　　**Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
　　　Description, including name of holder of prepayment

9.　　**Total of Part 2.**                                                                              **$1,580.00**
　　　Add lines 7 through 8. Copy the total to line 81.

**Part 3:**　**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.　　**Accounts receivable**

　　　11a. 90 days old or less:　　　**47,005.69**　　-　　　　**0.00**　= ....　　**$47,005.69**
　　　　　　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

12.　　**Total of Part 3.**                                                                            **$47,005.69**
　　　Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**　**Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**　**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**　**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**　**Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.　　**Office furniture**

| Debtor | **Model Tobacco Development Group, LLC** | | Case number *(If known)* **24-34863** | |
|---|---|---|---|---|
| | Name | | | |

**Pool Furnishings**

| | | | |
|---|---|---|---|
| **\* Global Note regarding furniture:  The Debtor's designee has no information regarding equipment, furniture or similar tangible items which were purchased in 2024 and the Debtor reserves the right to supplement this section after learning of any such purchases** | $0.00 | | $10,120.00 |
| **Sunpan:** | | | |
| **4 Callem Dining Armchairs** <br> **1 Anak Side Table** <br> **4 Astley End Tables** <br> **2 Brando Coffer Tables** <br> **1 Kolkata Hand-Made Rug** | $0.00 | | $5,828.20 |
| **Bray & Scarff - two grills** | $0.00 | | $9,323.76 |
| **Wayfair Solid Wood Console Table** | $0.00 | | $1,809.65 |
| **206 Mirrors** | $0.00 | | $103,963.00 |
| **Various murals of dogs** | $0.00 | | $607.58 |
| **Two Grills** | $0.00 | | $450.00 |
| **Metrovac Air Force Blaster Professional Grooming Dog and Pet dryer** | $0.00 | | $549.98 |
| **Hydraulic dog grooming table: $2,198** | $0.00 | | $2,198.00 |
| **Designtex Wallcovering artwork** | $0.00 | | $7,428.63 |
| **National Business Furniture Office Desk** | $0.00 | | $2,514.52 |
| **Two BBQ Guys Grills** | $0.00 | | $6,206.72 |
| **Two Gas Fire Tables** | $0.00 | | $9,996.01 |
| **4 Crate and Barrel Alex Navy Blue Velvet Accent Chairs** <br> **6 Ripple Navy Office Chairs with Chrome Base** | $0.00 | | $6,615.46 |
| **2 Collin Office Chair, 1 Ava Coffer Table** | $0.00 | | $3,895.05 |

Debtor   **Model Tobacco Development Group, LLC**                    Case number *(If known)*  **24-34863**
Name

| | | |
|---|---|---|
| **Dunewood Charcoal Sideboard and 92" Charcoal Dining Table Set** | $0.00 | $3,060.64 |
| **Game Tables** | $0.00 | $15,112.83 |
| **MiY Home - 12 cabanas** | $0.00 | $20,239.43 |
| **6 Rippon Navy Office Chairs** | $0.00 | $6,615.46 |
| **2 Gala Dining Armchairs** | $0.00 | $918.00 |
| **Shuffleboard and PingPong Table** | $0.00 | $7,631.68 |
| **Sunpan - 4 Lauryn Loung Chairs, 3 Kenny Dining Armchairs, 1 Donnelly Dining Table, 5 Gibboness Bar Stools, 4 Kenzo Lounge Chairs, 8 Homer Dining Armchairs** | $0.00 | $11,825.00 |
| **Samsung 65 inch TU-7000 Series Class Smart TV** | $0.00 | $497.99 |
| **Allora Modern 4 Tier Bookcase 58"** | $0.00 | $165.99 |
| **Dog Waste Station** | $0.00 | $2,384.91 |
| **Natural Gas COnversion Kit** | $0.00 | $189.50 |
| **Latitude Fiber Reinforced Concrete Propane Outdoor Fire Pit Table** | $0.00 | $1,598.40 |
| **Basketball Hoop and Balls** | $0.00 | $2,698.72 |
| **Sunpan**<br><br>**8 Treviso Swivel Lounge Chairs**<br>**6 Adelaide Counter Stools**<br>**2 Alley Benches**<br>**8 Andria Lounge Chairs**<br>**2 Salerno Sofas**<br>**2 Strut Coffee Tables**<br>**4 Salerno Armchairs**<br>**2 Lucerne Ding Tables**<br>**2 Nomad Benches**<br>**1 Anton Lounge Chair** | $0.00 | $38,623.00 |
| **Wayfair**<br>**8 outdoor chairs** | $0.00 | $1,582.97 |

Debtor    **Model Tobacco Development Group, LLC**                    Case number *(If known)* **24-34863**
          Name

**Zin**

**1 Hudson Pedestal Coffee Table**
**1 Hendrick Media COnsole**
**1 Kelby Closed Media Console**
**5 Duncan Reclaimed Wood Square Block End**
**2 Felix Round Coffee Table**
**2 Augustin Benches**
**4 Douglas Antique Rust End Tables**
**1 Barton Iron Leg Table**
**2 Braden Mod-Century Leather Club Chairs**
**2 Steampunk Industrial Cranks**                    $0.00                        $16,874.40

**Home Depot - Key Lock Box and Duplicator**        $0.00                        $985.43

**15 trash cans**                                   $0.00                        $2,670.99

**10 36 gallon trash receptacles**                  $0.00                        $6,889.90

**Joss & Main Furniture for staging units**         $0.00                        $28,262.11

**Dog signage and toy fire hydrant**                $0.00                        $121.95

**vidaXL Patio Bench**                              $0.00                        $223.99

**Sunpan**

**2 Salerno Sofas**
**4 Salerno Armchairs**
**2 Kyson Coffee Tables**                           $0.00                        $13,632.00

**Harmony 117" Multi Seat 3-Piece L-Shaped**
**Sectional**                                       $0.00                        $4,157.60

**59"W L-Shape Corner Desk**                        $0.00                        $332.49

**High Back Racing Ergonomic Gaming Chair**         $0.00                        $112.53

**Letaya File Cabinets**                            $0.00                        $229.28

**MiY Home - 3 Sofas, 6 Armchairs, 3 Coffee**
**Tables, 13 graphite wicker chairs, 25 chaise**
**lounges, 12 navy wicker chairs, 2 Aria Bar**
**Tables, 4 Wave Chaise Lounges**                   $0.00                        $52,533.37

**Perigold - 2 Gamla Coffee Tables**               $0.00                        $1,383.27

Debtor   **Model Tobacco Development Group, LLC**                              Case number *(If known)*  **24-34863**
Name

| | | |
|---|---|---|
| **Sunpan**<br>**5 Brenan Counter Stools**<br>**5 Gibbons Counter Stools**<br>**5 Monaco Bar Tables** | **$0.00** | **$8,735.00** |
| **Crate and Barrel**<br>**Sofa, Swivel Chair and Pillows** | **$0.00** | **$8,446.97** |
| **Crate and Barrel**<br>**Origin Cast Metal Coffee Table** | **$0.00** | **$1,365.49** |
| **Wayfair - plants, colorstak and pillow cover** | **$0.00** | **$182.28** |
| **Wayfair - Bedding and shower materials** | **$0.00** | **$1,174.00** |
| **Yoga matts and miscellania** | **$0.00** | **$233.84** |
| **10 Congo Side Tables** | **$0.00** | **$4,821.00** |
| **Pool signs** | **$0.00** | **$181.14** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
**communication systems equipment and software**
**Climbing Wall**                                      **$0.00**                           **$38,090.81**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                              | **$476,290.92** |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|

| Debtor | **Model Tobacco Development Group, LLC** | Case number *(If known)*  **24-34863** |
|---|---|---|
| | Name | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Cameras | $0.00 | $139,202.00 |
| Gym Equipment | $0.00 | $115,277.00 |
| Lounge TVs | $0.00 | $103,460.00 |
| Latch Software Subscription | $0.00 | $100,350.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $458,289.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Debtor   **Model Tobacco Development Group, LLC**                    Case number *(If known)*  **24-34863**
            Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **1000 Richmond Hwy**<br>**Richmond, VA 23224**<br><br>**Parcel ID:**<br>**S0070975001**<br><br>**Value is based on tax assessment from 2020 (last year prior to abatement)**<br><br>**Entities affiliated with the Debtor and the Debtor's designee may be obtaining an appraisal of all of the Debtor's property and reserve the right to rely on said appraisal, and other documents regarding valuation, in valuing all parcels of real property, and all personal property, whether in proposing a Chapter 11 plan or any other purpose in any legal proceeding.** | Fee Simple | $0.00 | Tax records | $1,311,000.00 |
| 55.2. | **1100 Richmond Hwy**<br>**Richmond, VA 23224**<br><br>**Parcel ID:**<br>**S0070975002B** | Fee Simple | $0.00 | Tax records | $7,474,000.00 |
| 55.3. | **1100 Richmond Hwy**<br>**Richmond, VA 23224**<br><br>**Parcel ID:**<br>**S0070975002**<br><br>**Based on 2025 tax assessment** | Fee Sunoke | $29,897,000.00 | Tax records | $29,897,000.00 |
| 55.4. | **1100 Richmond Hwy**<br>**Richmond, VA 23224**<br><br>**Parcel ID:**<br>**S0070975002T**<br><br>**Tower Parcel** | Fee Simple | $0.00 | Tax records | $250,000.00 |
| 55.5. | **1140 Richmond Hwy**<br>**Richmond, VA 23224**<br><br>**Parcel ID:**<br>**S0070975005** | Fee Simple | $0.00 | Tax records | $1,733,000.00 |

Debtor   **Model Tobacco Development Group, LLC**                    Case number *(If known)*  **24-34863**
Name

55.6.   **1010 Richmond Hwy**
        **Richmond, VA 23224**

        **Parcel ID:**
        **S0070975006**          Fee Simple              $0.00    Tax records              $1,243,000.00

---

56.   **Total of Part 9.**                                                          | $41,908,000.00 |

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☐ No
      ☑ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59.   **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets**<br>**Model Tobacco Lofts trade name** | $0.00 | | Unknown |
| 61.   **Internet domain names and websites**<br>**www.modeltobacco.com** | $0.00 | | Unknown |

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                          | $0.00 |

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ☐ No
      ☑ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☑ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☑ No

Debtor    **Model Tobacco Development Group, LLC**                    Case number *(If known)*  **24-34863**
      Name

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) |  |
|  | **Further rights historic tax credits**　　Tax year _____ | **Unknown** |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** **Fraudulent conveyance/ Claim to equitable title to parcel IDs S0070924001 and S0070924007 owned by Brinser Street LLC** Nature of claim Amount requested　　　　$0.00 | **Unknown** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership **Amounts remaining to be contributed by Model Tobacco Master Tenant LLC currently held by SPE PNC Model Tobacco Master Tenant, LLC.** | **$5,374,664.00** |
|  | **Accounts receivable from former residents - stated by former manager of Debtor to be approximately $300,000 in face value** | **Unknown** |

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$5,374,664.00** |
|---|---|---|

**79.     Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Model Tobacco Development Group, LLC** | Case number *(If known)* **24-34863** |
|---|---|---|
| | Name | |

<div style="background:black;color:white">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $736,980.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,580.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $47,005.69 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $476,290.92 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $458,289.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $41,908,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,374,664.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,094,810.03 | + 91b. $41,908,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $49,002,810.03 |

**Fill in this information to identify the case:**

Debtor name  **Model Tobacco Development Group, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)  **24-34863**

■ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **Virginia Housing Dev Authority**<br>Creditor's Name<br><br>**601 S Belvidere Street Richmond, VA 23220**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Substantially all assets of debtor except historic tax credits** | **$36,836,897.48** | **$43,660,072.00** |

Creditor's email address, if known

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| **$36,836,897.48** |
| --- |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Michael Howes Troutman Pepper 401 9th Street NW Suite 1000 Washington, DC 20004** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name **Model Tobacco Development Group, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known) **24-34863**

■ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Aaron Koshy**<br>**1100 Richmond Hwy Apt 1231**<br>**Richmond, VA 23224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Abel Henok**<br>**1100 Richmond Hwy Apt 1405**<br>**Richmond, VA 23224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Adam Smith**
**1100 Richmond Hwy Apt 1607**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,550.00 | $1,550.00 |
|---|---|---|---|---|

**Adrianna West**
**1100 Richmond Hwy Apt 1228**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Alexis Kanagi Blake**
**1100 Richmond Hwy Apt 1202**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Alexis Williams**
**1100 Richond Hwy Apt 1420**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,780.00 | $2,780.00 |
|---|---|---|---|---|

**Ali Zulfikar Kazi,**
**1100 Richmond Hwy Apt 1501**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Aliyah Cooke**
**1100 Richmond Hwy Apt 1508**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Amil Fitzgerald**
**1100 Richmond Hwy Apt 1113**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,590.00 | $2,590.00 |
|---|---|---|---|---|

**Amira Campbell**
**1100 Richmond Hwy Apt 1020**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,295.00 | $1,295.00 |
|---|---|---|---|---|

**Amirah Snead**
**1100 Richmond Hwy Apt 1010**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Amy (Liz) Kincheloe**
**1100 Richmond Hwy Apt 1616**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Andre Collier**
**1100 RIchmond Hwy Apt 1205**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,575.00 | $1,575.00 |
|---|---|---|---|---|

**Andrea Sears**
**1100 Richmond Hwy Apt 1208**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Model Tobacco Development Group, LLC** | | Case number (if known) | **24-34863** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Angela Brown**
**1100 Richmond Hwy Apt 1612**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Anthony Cetto**
**1100 Richmond Hwy Aoyt 1504**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Araceli Garcia**
**1100 Richmond Hwy Apt 1418**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,495.00 | $1,495.00 |
|---|---|---|---|---|

**Ashley Short**
**1100 Richmond Hwy Apt 1416**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Austin Huls**
**1100 Richmond Hwy Apt 1608**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Avery Cha**
**1100 Richmond Hwy Apt 1328**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,295.00 | $1,295.00 |
|---|---|---|---|---|

**Belle Spark LLC**
**1100 Richmond Hwy Apt 1008**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Belle Spark LLC,**
**1100 Richmond Hwy Apt 1514**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,540.00 | $1,540.00 |
|---|---|---|---|---|

**Benjamin Dawson Sivalia**

**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Bethany Johnson**
**1100 Richmond Hwy Apt 1419**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Blake Harvey**
**1100 Richmond Hwy Apt 1509**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,682.70 | $1,682.70 |
|---|---|---|---|---|

**Brian Anderson**
**1100 Richmond Hwy Apt 1007**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Brianna Cochran**
**1100 Richmond Hwy Apt 1615**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Brianna Daniely Tyree**
**1100 Richmond Hwy Apt 1201**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Bryan Rocha**
**1100 Richmond Hwy Apt 1229**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Secuirty Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,790.00 | $1,790.00 |
|---|---|---|---|---|

**Calvisha Richardson**
**1100 Richmond Hwy Apt 1310**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**Cameron Allen**
**1100 Richmond Hwy Apt 1401**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**Candance Brooks**
**1100 Richmond Hwy Apt 1329**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**Carol Burleson- Deloatch**
**1100 Richmond Hwy Apt 1513**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**Cassetta Weir**
**1100 Richmond Hwy Apt 1311**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address **Cayman Wade** **1100 Richmond Hwy Apt 1127** **Richmond, VA 23224** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$500.00** | **$500.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Security Deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.36 | Priority creditor's name and mailing address **Charles Harris** **1100 Richmond Hwy Apt 1404** **Richmond, VA 23224** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,900.00** | **$1,900.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Security Deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.37 | Priority creditor's name and mailing address **Chloe Peat** **1100 Richmond Hwy Apt 1005** **Richmond, VA 23224** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$500.00** | **$500.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Security Deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.38 | Priority creditor's name and mailing address **Christian Carter- Ross** **1100 Richmond Hwy Apt 1516** **Richmond, VA 23224** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Security Deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |
|---|---|---|---|---|

**Christopher Adams Richardson**
**1100 Richmond Hwy Apt 1106**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Christopher Campbell**
**1100 Richmond Hwy Apt 1430**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Claude Neverson**
**1100 Richmond Hwy Apt 1523**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Da'sha Chappelle**
**1100 Richmond Hwy Apt 1219**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | | Case number (if known) | **24-34863** |
|---|---|---|---|---|

Name

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Dallas Sheldahl,**
**1100 Richmond Hwy Apt 1226**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Daniel Atcherson**
**1100 Richmond Hwy Apt 1013**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Daniel Vargas**
**1100 Richmond Hwy Apt 1512**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**David Unachukwu**
**1100 Richmond Hwy Apt 1613**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Model Tobacco Development Group, LLC | | Case number (if known) | 24-34863 |
|---|---|---|---|---|
| | Name | | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Dawnisha Horton**
**1100 Richmond Hwy Apt 1402**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Delores Linear**
**1100 RIchmond Hwy Apt 1223**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,975.00 | $1,975.00 |
|---|---|---|---|---|

**Demetrius Bledsoe**
**1100 Richmond Hwy Apt 1603**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Denise Ashlock**
**1100 Richmond Hwy Apt 1601**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,590.00 | $3,350.00 |
| --- | --- | --- | --- | --- |

**Dernisha Hinton**
**1100 Richmond Hwy Apt 1426**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
| --- | --- | --- | --- | --- |

**Derrick Fields Jr**
**1100 Richmond Hwy Apt 1425**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
| --- | --- | --- | --- | --- |

**Diandra Brown**
**1100 Richmond Hwy Apt 1012**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,375.00 | $2,375.00 |
| --- | --- | --- | --- | --- |

**Ebony Knighton**
**1100 Richmond Hwy Apt 1123**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Edward Ortiz-Guevara**
**1100 Richmond Hwy Apt 1211**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Emir Blake**
**1100 Richmond Hwy Apt 1407**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,690.00 | $1,690.00 |
|---|---|---|---|---|

**Eric Chestnut**
**1100 Richmond Hwy Apt 1210**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,485.00 | $1,485.00 |
|---|---|---|---|---|

**Eric Coleman Jr.**
**1100 Richmond Hwy Apt 1411**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Eric Twine**
**1100 Richmond Hwy Apt 1217**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Erin Karp**
**1100 RIchmond Hwy Apt 1220**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Erin Tuppince**
**1100 Richmond Hwy Apt 1018**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Eryn Letterman**
**1100 Richmond Hwy Apt 1628**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address<br>**Ethan Smith**<br>**1100 Richmond Hwy Apt 1021**<br>**Richmond, VA 23224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address<br>**Farron Anderson**<br>**1100 Richmond Hwy Apt 1403**<br>**Richmond, VA 23224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address<br>**Francisco Maldonado**<br>**1100 RIchmond Hwy Apt 1422**<br>**Richmond, VA 23224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address<br>**Gabriel Scott**<br>**1100 Richmond Hwy Apt 1305**<br>**Richmond, VA 23224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Gabriel Tumer**
**1100 Richmond Hwy Apt 1203**
**Richmond, VA 23224**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Halle Jordan**
**1100 Richmond Hwy Apt 1104**
**Richmond, VA 23224**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Hunter Anthony**
**1100 Richmond Hwy Apt 1019**
**Richmond, VA 23224**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Hunter Burke**
**1100 Richmond Hwy Apt 1225**
**Richmond, VA 23224**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Intergerity Ramos**
**1100 Richmond Hwy Apt 1006**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**Irakoze Naftari,**
**1100 Richmond Hwy Apt 1510**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,385.00** | **$1,385.00** |
|---|---|---|---|---|

**Isaiah Gallop**
**1100 Richmond Hwy Apt 1519**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**Jacinta McDonald**
**1100 Richmond Hwy Apt 1431**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Model Tobacco Development Group, LLC**

Name

Case number (if known)  **24-34863**

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|
| | **Jakeri Ramsey**<br>**1100 Richmond Hwy Apt 1301**<br>**Richmond, VA 23224** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|
| | **Jakob Schneider**<br>**1100 Richmond Hwy Apt 1413**<br>**Richmond, VA 23224** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|
| | **Jamar Banks**<br>**1100 Richmond Hwy Apt 1026**<br>**Richmond, VA 23224** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|
| | **Jamiya Boswell**<br>**1100 Richmond Hwy Apt 1124**<br>**Richmond, VA 23224** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **Model Tobacco Development Group, LLC**

Name

Case number (if known)  **24-34863**

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
| | **Janelle Offeh,** | *Check all that apply.* | | |
| | **1100 Richmond Hwy Apt 1529** | ☐ Contingent | | |
| | **Richmond, VA 23224** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Janiya Jenkins** | *Check all that apply.* | | |
| | **1100 Richmond Hwy Apt 1427** | ☐ Contingent | | |
| | **Richmond, VA 23224** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,390.00** | **$2,390.00** |
| | **Japava Owusu** | *Check all that apply.* | | |
| | **1100 Richmond Hwy Apt 1620** | ☐ Contingent | | |
| | **Richmond, VA 23224** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
| | **Jason Williams** | *Check all that apply.* | | |
| | **1100 Richmond Hwy Apt 1527** | ☐ Contingent | | |
| | **Richmond, VA 23224** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Jay Brathwaite**
**1100 Richmond Hwy Apt 1119**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jazmine Brown**
**1100 Richmond Hwy Apt 1323**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,425.00 | $1,425.00 |
|---|---|---|---|---|

**Jeremiah Edgefield**
**1100 Richmond Hwy Apt 1331**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,895.00 | $1,895.00 |
|---|---|---|---|---|

**Jeremiah Jones Baky**
**1100 Richmond Hwy Apt 1630**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**Jia (Employee) Kinard**
**1100 Richmond Hwy Apt 1316**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**John Byrd**
**1100 Richmond Hwy Apt 1511**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Johnson Chen**
**1100 Richmond Hwy Apt 1129**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**Jonte Harden**
**1100 Richmond Hwy Apt 1324**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | | Case number (if known) | **24-34863** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,465.00 | $1,465.00 |
|---|---|---|---|---|

**Joseph Thomas**
**1100 Richmond Hwy Apt 1213**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Joshua McFarland**
**1100 Richmond Hwy Apt 1115**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,465.00 | $1,465.00 |
|---|---|---|---|---|

**Julian Yacovone**
**1100 Richmond Hwy Apt 1121**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Julius Fillyow**
**1100 Richmond Hwy Apt 1212**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Justin Owens**
**1100 Richmond Hwy Apt 1503**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,650.00 | $1,650.00 |
|---|---|---|---|---|

**Kaila Baldwin**
**1100 Richmond Hwy Apt 1318**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,425.00 | $1,425.00 |
|---|---|---|---|---|

**Karina Casarez**
**1100 Richmond Hwy Apt 1321**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,450.00 | $1,450.00 |
|---|---|---|---|---|

**Kathleen Kidd**
**1100 Richmond Hwy Apt 1011**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Kaylie Powell**
**1100 Richmond Hwy Apt 1524**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,425.00 | $1,425.00 |
|---|---|---|---|---|

**Keenan Gasway**
**1100 Richmond Hwy Apt 1315**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Ken (Ken) Kwaku**
**1100 Richmond Hwy Apt 1410**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Kieana Grant**
**1100 Richmond Hwy Apt 1330**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

---

**2.103** | Priority creditor's name and mailing address
**Kihana Sanders**
**1100 Richmond Hwy Apt 1001**
**Richmond, VA 23224**

As of the petition filing date, the claim is:    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.104** | Priority creditor's name and mailing address
**Kristopher Fry ( Kris Fry)**
**1100 RIchmond Hwy Apt 1423**
**Richmond, VA 23224**

As of the petition filing date, the claim is:    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.105** | Priority creditor's name and mailing address
**Laila Wright**
**1100 Richmond Hwy Apt 1517**
**Richmond, VA 23224**

As of the petition filing date, the claim is:    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.106** | Priority creditor's name and mailing address
**LaShawn McZeal**
**1100 Richmond Hwy Apt 1515**
**Richmond, VA 23224**

As of the petition filing date, the claim is:    $500.00    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.00 | $1,300.00 |
|---|---|---|---|---|

**Lashonda Davis**
**1100 Richmond Hwy Apt 1320**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Laudelino Garcia**
**1100 Richmond Hwy Apt 1302**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Lawryn Coleman**
**1100 Richmond Hwy Apt 1308**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Leonardo (Leo) Gama Apollaro**
**1100 Richmond Hwy Apt 1409**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Model Tobacco Development Group, LLC** | | Case number (if known) | **24-34863** |
|---|---|---|---|---|

Name

---

**2.111** Priority creditor's name and mailing address
**Leonel Marte**
**1100 Richmond Hwy Apt 1622**
**Richmond, VA 23224**

As of the petition filing date, the claim is:     $842.00     $842.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.112** Priority creditor's name and mailing address
**Leroy Bradley Jr.**
**1100 Richmond Hwy Apt 1326**
**Richmond, VA 23224**

As of the petition filing date, the claim is:     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.113** Priority creditor's name and mailing address
**Lia Taylor**
**1100 Richmond Hwy Apt 1117**
**Richmond, VA 23224**

As of the petition filing date, the claim is:     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.114** Priority creditor's name and mailing address
**Lisa Pearsall**
**1100 Richmond Hwy Apt 1609**
**Richmond, VA 23224**

As of the petition filing date, the claim is:     $500.00     $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Lulesa Morgan**
**1100 Richmond Hwy Apt 1502**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,215.00 | $2,215.00 |
|---|---|---|---|---|

**M'Shai Dash**
**1100 Richmond Hwy Apt 1619**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,870.00 | $1,870.00 |
|---|---|---|---|---|

**Manideep Sai Kumar**
**1100 Richmond Hwy Apt 1107**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|---|---|---|---|---|

**Marcia Guice**
**1100 Richmond Hwy Apt 1111**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Martha Brown**
**1100 Richmond Hwy Apt 1307**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Mataio Mamea**
**1100 Richmond Hwy Apt 1621**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Miles Harris**
**1100 Richmond Hwy Apt 1114**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Morgan Watson**

**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

### 2.123

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,600.00 | $1,600.00 |
|---|---|---|---|
| **Nakeilah Lindsey,** | *Check all that apply.* | | |
| **1100 Richmond Hwy Apt 1204** | ☐ Contingent | | |
| **Richmond, VA 23224** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

### 2.124

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|
| **Nia Joyner** | *Check all that apply.* | | |
| **1100 Richmond Hwy Apt 1518** | ☐ Contingent | | |
| **Richmond, VA 23224** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

### 2.125

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **Nikita Jones** | *Check all that apply.* | | |
| **1100 Richond Hwy Apt 1120** | ☐ Contingent | | |
| **Richmond, VA 23224** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

### 2.126

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,425.00 | $1,425.00 |
|---|---|---|---|
| **Nikitha Vinod** | *Check all that apply.* | | |
| **1100 Richmond Hwy Apt 1309** | ☐ Contingent | | |
| **Richmond, VA 23224** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,750.00 | $1,750.00 |
|---|---|---|---|---|

**Octavia Bryson**
**1100 Richmond Hwy Apt 1406**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Pamela Harris**
**1100 Richmond Hwy Apt 1626**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,865.00 | $1,865.00 |
|---|---|---|---|---|

**Pranav Sai Ganta**
**1100 Richmond Hwy Apt 1325**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Promise (PJ) Wheeler**
**1100 Richmond Hwy Apt 1312**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address<br>**Quinton Gray**<br>**1100 Richmond Hwy Apt 1227**<br>**Richmond, VA 23224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.132 | Priority creditor's name and mailing address<br>**Rachelle Knight**<br>**1100 Richmond Hwy Apt 1317**<br>**Richmond, VA 23224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,425.00** | **$1,425.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.133 | Priority creditor's name and mailing address<br>**Rasheia Marshall**<br>**1100 Richmond Hwy Apt 1304**<br>**Richmond, VA 23224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,800.00** | **$1,800.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.134 | Priority creditor's name and mailing address<br>**Raymond Ways**<br>**1100 Richmond Hwy Apt 1421**<br>**Richmond, VA 23224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,430.00** | **$1,430.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**Rebecca Kimble**
**1100 Richmond Hwy Apt 1602**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**Rebecca McMahan**
**1100 Richmond Hwy Apt 1216**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**Rebekah Morris**
**1100 Richmond Hwy Apt 1327**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,830.00** | **$1,830.00** |
|---|---|---|---|---|

**Reddy Ajaykumar Rachala**
**1100 Richmond Hwy Apt 1522**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Richard Agyekum,**
**1100 Richmond Hwy Apt 1313**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,555.00 | $1,555.00 |
|---|---|---|---|---|

**Ridwaan Mohamed**
**1100 Richmond Hwy Apt 1126**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Saif Tumer**
**1100 Richmond Hwy Apt 1414**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Samantha Edwards**
**1100 Richmond Hwy Apt 1526**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|--------|------------------------------------------|------------------------|--------------|
| | Name | | |

---

**2.143** | Priority creditor's name and mailing address

**Sampath Kumar Reddy Madhireddy**
**1100 Richmond Hwy Apt 1105**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,905.00    $1,905.00

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.144** | Priority creditor's name and mailing address

**Sandra Epps**
**1100 Richmond Hwy Apt 1218**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,650.00    $1,650.00

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.145** | Priority creditor's name and mailing address

**Shaemon Taylor**
**1100 Richmond Hwy Apt 1109**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,415.00    $1,415.00

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.146** | Priority creditor's name and mailing address

**Shambria Curlee**
**1100 Richmond Hwy Apt 1429**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,740.00    $2,740.00

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,250.00 | $2,250.00 |
|---|---|---|---|---|

**Shanae Bradley**
**1100 Richmond Hwy Apt 1614**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,555.00 | $1,555.00 |
|---|---|---|---|---|

**Shaniece Bradford**
**1100 Richmond Hwy Apt 1112**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Sharonda (Shay) Jackson**
**1100 Richmond Hwy Apt 1110**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Sharonda Johnson**
**1100 Richmond Hwy Apt 1221**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Model Tobacco Development Group, LLC** | Case number *(if known)* | **24-34863** |
|---|---|---|---|
| | Name | | |

---

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Shea Carter**
**1100 Richmond Hwy Apt 1314**
**Richmond, VA 23224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,465.00 | $1,465.00 |
|---|---|---|---|---|

**Shedrick Hines**
**1100 Richmond Hwy Apt 1215**
**Richmond, VA 23224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Shelby Jackson**
**1100 Richmond Hwy Apt 1424**
**Richmond, VA 23224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Sheri Chance**
**1100 Richmond Hwy Apt 1417**
**Richmond, VA 23224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number *(if known)* | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,790.00 | $790.00 |
|---|---|---|---|---|

**Shiva Abhigna Kanukanti,**
**1100 Richmond Hwy 1322**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Sierra Mitchell**
**1100 Richmond Hwy Apt 1507**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,250.00 | $2,250.00 |
|---|---|---|---|---|

**Simeaka Melton**
**1100 Richmond Hwy Apt 1617**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,830.00 | $1,830.00 |
|---|---|---|---|---|

**Sruthi Kavya Jujjarapu,**
**1100 Richmond Hwy Apt 1206**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Stacey Armstrong**
**1100 Richmond Hwy Apt 1116**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Summer Breedlove**
**1100 Richmond Hwy Apt 1610**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,215.00 | $2,215.00 |
|---|---|---|---|---|

**Summer Stevens**
**1100 Richmond Hwy Apt 1611**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Takaya Stevenson**
**1100 Richmond Hwy Apt 1506**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Tanisha Bural**
**1100 Richmond Hwy Apt 1120**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Tawanna Rooks**
**1100 Richmond Hwy Apt 1022**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Tayia West**
**1100 Richmond Hwy Apt 1303**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,650.00 | $1,650.00 |
|---|---|---|---|---|

**Theodore Kahn**
**1100 Richmond Hwy Apt 1222**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Thomas Smith**
**1100 Richmond Hwy 1306**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,575.00 | $1,575.00 |
|---|---|---|---|---|

**Timothy Mallory**
**1100 Richmond Hwy Apt 1524**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Torriana Watkins**
**1100 Richmond Hwy Apt 1128**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**TraShaundra Mealy**
**1100 Richmond Hwy Apt 1122**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number *(if known)* | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Trenard Collier**
**1100 Richmond Hwy Apt 1521**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,825.00 | $1,825.00 |
|---|---|---|---|---|

**Trenique Phillips**
**1100 Richmond Hwy Apt 1016**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,830.00 | $1,830.00 |
|---|---|---|---|---|

**Varma Bhargav (Bobby) Kanapart**
**1100 Richmond Hwy Apt 1214**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Viomarie Osorio Vigo**
**1100 Richmond Hwy Apt 1412**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,100.00 | $2,100.00 |
|---|---|---|---|---|

**Wellington Saygbay**
**1100 Richmond Hwy Apt 1600**
**Richmond, VA 23224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,485.00 | $1,485.00 |
|---|---|---|---|---|

**Whitley (Lola) Banks**
**1100 Richmond Hwy Apt 1415**
**Richmond, VA 23224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**William Duman**
**1100 Richmond Hwy Apt 1428**
**Richmond, VA 23224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,425.00 | $1,425.00 |
|---|---|---|---|---|

**Woody Winborn**
**1100 Richmond Hwy Apt 1230**
**Richmond, VA 23224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | | Case number (if known) | **24-34863** |
|---|---|---|---|---|
| | Name | | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Yididya Teklu**
**1100 Richmond Hwy Apt 1624**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,555.00 | $1,555.00 |
|---|---|---|---|---|

**Zackelia Green**
**1100 Richmond Hwy Apt 1118**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,395.00 | $1,395.00 |
|---|---|---|---|---|

**Zavier Reeves**
**1100 Richmond Hwy Apt 1530**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Zhane Matos**
**1100 RIchmond Hwy Apt 1207**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.**

**Amount of claim**

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,731,304.40**

**Cedar Rapids Bank and Trust Co**
**5400 Council St NE**
**Cedar Rapids, IA 52402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Bridge loan**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Christopher A. Harrison**
**5301 Westbard Circle**
**Suite 147**
**Bethesda, MD 20816**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,731,304.40**

**Christopher A. Harrison**
**5301 Westbard Circle**
**Suite 147**
**Bethesda, MD 20816**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contingent Claim for Contribution**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194,513.23**

**City of Richmond**
**Department of Public Utilities**
**730 E. Broad Street, 5th Fl**
**Richmond, VA 23219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7184**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,930.00**

**Dominion Energy**
**PO Box 26543**
**Richmond, VA 23290**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,248.69**

**Hirschler Fleischer**
**2100 East Cary Street**
**Richmond, VA 23223**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

**Kamran Raika**
**3219 Sailview Drive**
**Midlothian, VA 23112**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan for bankruptcy retainer: $20,000**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$584,925.95** |
|---|---|---|---|

**Kamran Raika**
**3219 Sailview Drive**
**Midlothian, VA 23112**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Money asserted to be loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,731,304.40** |
|---|---|---|---|

**Kamran Raika**
**3219 Sailview Drive**
**Midlothian, VA 23112**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Contingent Claim for Contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,291,781.34** |
|---|---|---|---|

**McKenzie Blake Development Co.**
**5301 Westbard Circle**
**Suite 147**
**Bethesda, MD 20816**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Money asserted to be loaned**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|

**MK Richmond, LLC**
**2000 Massachusetts Avenue, NW**
**Washington, DC 20036**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Co-plaintiff with SS Richmond, LLC, valued at $1.00 to avoid duplication in summary of liabilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,850,550.00** |
|---|---|---|---|

**Model Tobacco Developer LLC**
**5103 Yuma St NW**
**Washington, DC 20016**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Developer Fee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$898.00** |
|---|---|---|---|

**Plumber Near Me LLC**
**13513 East Boundary Road**
**Suite C**
**Midlothian, VA 23112**

Date(s) debt was incurred  **8/24; 10/24**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Plumbing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**PNC National Bank, N.A.**
**300 Fifth Avenue, 14th Floor**
**Pittsburgh, PA 15222**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Model Tobacco Development Group, LLC** | Case number (if known) | **24-34863** |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **SPE PNC Model Tobacco Master Tenant LLC c/o Hunton Andrews** 951 E Byrd St Richmond, VA 23219 | ■ Contingent ■ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Potential Recapture Rights** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,903,244.27** |
|---|---|---|---|
| | **SS Richmond, LLC** 2000 Massachusetts Avenue, NW Washington, DC 20036 | ■ Contingent ■ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Lawsuit/ lis pendens** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,042.00** |
|---|---|---|---|
| | **Steven Snider** 2000 Massachusetts Avenue, NW Washington, DC 20036 | ■ Contingent ■ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Loan for bankruptcy retainer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,592.07** |
|---|---|---|---|
| | **Timmons Group** 1401 E. Cary Street Suite 401 Richmond, VA 23219 | ■ Contingent ■ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$446,128.00** |
|---|---|---|---|
| | **Walter Parks Architects** 313 N. Adams Street Richmond, VA 23220 | ■ Contingent ■ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|
| | **Williams Mullen** 1700 Dominion Tower 999 Waterside Drive Norfolk, VA 23510 | ■ Contingent ■ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **Model Tobacco Development Group, LLC** | | Case number (if known) | **24-34863** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Winthrop & Weinstine, P.A.**<br>**Capella Tower, Suite 3500**<br>**225 South Sixth Street**<br>**Minneapolis, MN 55402** | Line **3.1**<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 163,393.70 |
| **5b. Total claims from Part 2** | 5b. | + $ | 34,665,768.75 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 34,829,162.45 |

**Fill in this information to identify the case:**

Debtor name    **Model Tobacco Development Group, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **24-34863**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **Rug rental** | |
| State the term remaining | |
| List the contract number of any government contract | **Ace Uniform Virginia Inc. 11038 Lakeridge Pkwy #3 Ashland, VA 23005** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Residential leases** | |
| State the term remaining | |
| List the contract number of any government contract | **Attached list of tenant leases** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    **Landscaping** | |
| State the term remaining | |
| List the contract number of any government contract | **BCLS Landscape Services 12134 Washington Hwy Ashland, VA 23005** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest    **Trash Removal** | |
| State the term remaining | |
| List the contract number of any government contract | **BP Environmental 100 Highpoint Drive Chalfont, PA 18914** |

| Debtor 1 | **Model Tobacco Development Group, LLC** | | Case number (*if known*) | **24-34863** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Parking and Easement Access Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Brinser Street, LLC
c/o Christopher A. Harrison
5103 Yuma Street NW
Washington, DC 20016-4336**

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Supplies** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Cintas
12524 N Kingston Ave,
Chester, VA 23836**

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Co-star/Apartments.com**

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Pest control** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Dodson Pest Control
3215 Hull St
Richmond, VA 23224**

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse/Storage Lease (for bus parking)** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**HGFB Bus Charters Inc.
2308 INGRAM AVE, RICHMOND, VA,
Richmond, VA 23224**

Debtor 1   **Model Tobacco Development Group, LLC**                                           Case number *(if known)*   **24-34863**

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Elevator Service** | |
| | State the term remaining | | **Kone Elevators & Escalators of Richmond VA** |
| | List the contract number of any government contract | | **530 Eastpark Court Ste J** **Sandston, VA 23150** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease** | |
| | State the term remaining | | **Model Tobacco MasterTenant LLC** |
| | List the contract number of any government contract | | **5103 Yuma St NW** **Washington, DC 20016** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Turnover Painting** | |
| | State the term remaining | | **Moray D. Whitehead** **Paint Master** |
| | List the contract number of any government contract | | **10340 Courthouse Road** **Charles City, VA 23030** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Turnover and Janitorial Cleaning** | |
| | State the term remaining | | **NV Contracting** |
| | List the contract number of any government contract | | **1504 Davis Ave** **Glen Allen, VA 23060** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Agent for T-Mobile** | |
| | State the term remaining | | **Omnipoint Communications CAP Operations, LLC** |
| | List the contract number of any government contract | | **16 Wing Drive** **Cedar Knolls, NJ 07927** |

| Debtor 1 | **Model Tobacco Development Group, LLC** | | | Case number *(if known)* | **24-34863** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Rooftop License Agreemnt** | |
|---|---|---|---|
| | State the term remaining | | **Patriot Communications LLC**<br>**Two Allegheny Center**<br>**Nova Tower 2, Suite 1002**<br>**Pittsburgh, PA 15212** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Hallway Fragrance** | |
|---|---|---|---|
| | State the term remaining | | **Scent Air Technologies**<br>**P.O. Box 534448**<br>**Atlanta, GA 30353** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Seasonal pool management** | |
|---|---|---|---|
| | State the term remaining | | **Signature Pool Management LLC**<br>**2040 Botetourt Street**<br>**Richmond, VA 23230** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Subordination, Non-Disturbance and Attornment Agreement(also with VHDA and Model Tobacco Master Tenants, LLC)** | |
|---|---|---|---|
| | State the term remaining | | **SPE PNC Model Tobacco Master Tenant LLC** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Cell phone tower lease** | |
|---|---|---|---|
| | State the term remaining | | **T-Mobile USA, INC.**<br>**12920 SE 38th Street**<br>**Bellevue, WA 98006** |
| | List the contract number of any government contract | | |

Debtor 1   **Model Tobacco Development Group, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)   **24-34863**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Sprinklers** |
| State the term remaining | |
| List the contract number of any government contract | **The Hiller Companies LLC**<br>**10400 Chester Road, Suite 201-**<br>**Chester, VA 23831** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Security** |
| State the term remaining | |
| List the contract number of any government contract | **Trustus Security Services, LLC**<br>**dba Guardus Security Services**<br>**3308 Continental Street**<br>**Virginia Beach, VA 23452** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest | **Doorstep trash service** |
| State the term remaining | |
| List the contract number of any government contract | **Valet Living**<br>**10150 Highland Manor Drive**<br>**Suite 120**<br>**Tampa, FL 33610** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest | **Regulatory Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Virginia Housing Dev Authority**<br>**601 S Belvidere Street**<br>**Richmond, VA 23220** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest | **Property Management** |
| State the term remaining | |
| List the contract number of any government contract | **WP&M Real Estate Group, LLC**<br>**dba WPM Real Estate Group**<br>**11433 Cronridge Drive, Owings**<br>**Owings Mills, MD 21117** |

| Debtor 1 | **Model Tobacco Development Group, LLC** | | | Case number *(if known)* | **24-34863** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Cable/ Internet** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Zentro**<br>**420 North May Street**<br>**Chicago, IL 60642** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease marketing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Zillow** |

**Fill in this information to identify the case:**

Debtor name    **Model Tobacco Development Group, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **24-34863**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Christopher A. Harrison** | **5301 Westbard Circle Suite 147 Bethesda, MD 20816** | **Cedar Rapids Bank and Trust Co** | ☐ D _____ <br> ■ E/F _3.1_ <br> ☐ G _____ |
| 2.2 | **Christopher A. Harrison** | **5301 Westbard Circle Suite 147 Bethesda, MD 20816** | **SPE PNC Model Tobacco Master** | ☐ D _____ <br> ■ E/F _3.15_ <br> ☐ G _____ |
| 2.3 | **Kamran Raika** | **3219 Sailview Drive Midlothian, VA 23112** | **Cedar Rapids Bank and Trust Co** | ☐ D _____ <br> ■ E/F _3.1_ <br> ☐ G _____ |
| 2.4 | **Kamran Raika** | **3219 Sailview Drive Midlothian, VA 23112** | **SPE PNC Model Tobacco Master** | ☐ D _____ <br> ■ E/F _3.15_ <br> ☐ G _____ |

| Debtor | **Model Tobacco Development Group, LLC** | Case number *(if known)* | **24-34863** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **McKenzie Blake Development Co.** | **5301 Westbard Circle Suite 147 Bethesda, MD 20816** | **MK Richmond, LLC** | ☐ D _____ <br> ■ E/F ___3.11___ <br> ☐ G _____ |
| 2.6 | **McKenzie Blake Development Co.** | **5301 Westbard Circle Suite 147 Bethesda, MD 20816** | **SS Richmond, LLC** | ☐ D _____ <br> ■ E/F ___3.16___ <br> ☐ G _____ |